| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
July 22, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Progress Residential, as agent for Property Owner 7, LLC, <br>     Plaintiff, <br><br> v. <br><br> Vincent Jefferson and Dezra Jefferson, <br>     Defendants. | § § § § § § § § § | Civil Action H-20-544 |

## Order of Adoption

On June 29, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (11) recommending that the court grant Progress Residential's motion to remand. (8) No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate order to remand.

Signed on July 22, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge